THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>            Plaintiff,<br><br>v.<br><br>BUFFALO WILD WINGS et al.,<br><br>            Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-230 RJS<br><br>Chief District Judge Robert J. Shelby |

      Plaintiff, Jeremy Bryan Barney, filed a civil complaint. (ECF No. 5.) On September 15, 2021, the Court ordered Plaintiff to, within thirty days, notify the Court as to whether he is still a prisoner or file a nonprisoner *in forma pauperis* (IFP) application. (ECF No. 6.) Seven days later, he filed an unrelated notice that he would be using email for filings and notifications. He has since neither responded to the Court's order nor filed an updated IFP application. Indeed, the Court has not heard from Plaintiff in nearly two months. (ECF No. 7.)

      IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

      DATED this 18th day of November, 2021.

                                        BY THE COURT:

                                        CHIEF JUDGE ROBERT J. SHELBY<br>                                        United States District Court